IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MATTHEW HAMMETT**                                                                                 **PLAINTIFF**

**v.**                                 **CASE NO. 2:25-CV-00074-BSM**

**STATE FARM FIRE AND CASUALTY COMPANY**                             **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 7th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE